# AMENDED SCHEDULE A

# REDACTED