IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOUIS POULSEN A/S,<br><br>                Plaintiff,<br><br>    v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A",<br><br>                Defendants. | No. 23-cv-02807<br><br>Judge John F. Kness<br>Magistrate Judge Jeffrey T. Gilbert |

**PLAINTIFF'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION, CONTINUED ASSET RESTRAINT, AND EXPEDITED DISCOVERY**

Plaintiff Louis Poulsen A/S ("Plaintiff") seeks entry of a Preliminary Injunction against Defendants listed in Exhibit 1 who have been successfully served by October 3, 2023,[1] enjoining the manufacture, importation, distribution, offering for sale, and sale of infringing and counterfeit products, a temporary asset restraint, and expedited discovery in an action arising out of 15 U.S.C. § 1114, 15 U.S.C. § 1125(a), 35 U.S.C. § 271, and Illinois law. A memorandum of law in support of Plaintiff's motion has been filed concurrently.

Dated: October 3, 2023

Respectfully submitted,

/s/James E. Judge

Zareefa B. Flener (IL Bar No. 6281397)
James E. Judge (IL Bar No. 6243206)
Flener IP Law, LLC
77 W. Washington St., Suite 800
Chicago IL 60602
(312) 724-8874
jjudge@fleneriplaw.com

---

[1] Plaintiff has not been able to serve defendants associated with Alibaba and AliExpress because contact information for those defendants has not been provided by those entities pursuant to Plaintiff's subpoena issued when the Temporary Restraining Order was entered. Plaintiff will file a separate motion for a preliminary injunction against the missing defendants when they have been successfully served.

1