IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOUIS POULSEN A/S, <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A", <br><br> Defendants. | No. 23-cv-02807 <br><br> Judge John F. Kness <br> Magistrate Judge Jeffrey T. Gilbert |

## DECLARATION OF JAMES E. JUDGE

I, James E. Judge, declare and state:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Louis Poulsen A/S ("Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify to the following.

2. Since and pursuant to the entry of the Temporary Restraining Order ("TRO"), the accounts of Defendants listed on **Exhibit 1**, which are located on Amazon, DHgate, eBay, Joybuy, Shopify, Walmart, Wish, PayPal, and Stripe, have been frozen. Settlement discussions are ongoing.

/s/ James E. Judge
James E. Judge, Counsel for Plaintiff

Dated: October 3, 2023

1