**EXHIBIT 1**

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| | | | |
| 6 | Haining Tonghua Import & Export Co., Ltd. | hntonghua | https://hntonghua.en.alibaba.com |
| | | | |
| 23 | Dongguan Jinri Metal Products Co., Ltd. | sungolden | https://sungolden.en.alibaba.com |
| | | | |
| 29 | Zhongshan Ka Bo Lighting Technology Co., Ltd. | zskabo | https://zskabo.en.alibaba.com |
| | | | |

1

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| | | | |

3

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---------|---------------|-------------|--------------|
|         |               |             |              |

4

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---------|---------------|-------------|--------------|
|         |               |             |              |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---------|---------------|-------------|--------------|
| ████ | ████ | ████ | ████ |
| 165 | ZHANGYAN123 | A11HR5JHWRD9JQ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A11HR5JHWRD9JQ |
| 166 | CGHRWBHH | A18PLKY0C459A0 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A18PLKY0C459A0 |
| 167 | NaMaSyoShop | A1A0A7CMRQYXN6 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1A0A7CMRQYXN6 |
| 168 | huangyutidiliu | A1C8C40NOGCRK5 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1C8C40NOGCRK5 |
| 169 | MONIPA | A1CRIA7VE6TSY8 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1CRIA7VE6TSY8 |
| 170 | Houquan | A1E2PHTQKWK2TA | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1E2PHTQKWK2TA |
| 171 | Pulee Lighting | A1GENJZ8D3F7IC | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1GENJZ8D3F7IC |
| 172 | H-Tlllll | A1GRVFN2603R2L | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1GRVFN2603R2L |
| 173 | SMALL-YAN | A1IDM0GXKJV49R | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1IDM0GXKJV49R |
| 174 | Keketc | A1JJJ4GFSFIFWW | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1JJJ4GFSFIFWW |

5

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 175 | DUSONE | A1MNTP9UMK KXMP | https://www.amazon.com/sp?_encoding= UTF8&marketplaceID=ATVPDKIKX0 DER&seller=A1MNTP9UMKKXMP |
| 176 | ZHIHAOR Selected Trading Company | A215IIDJPHP38I | https://www.amazon.com/sp?_encoding= UTF8&marketplaceID=ATVPDKIKX0 DER&seller=A215IIDJPHP38I |
| 177 | Lighting Master 2017 | A21S3DM9KVD KQ7 | https://www.amazon.com/sp?_encoding= UTF8&marketplaceID=ATVPDKIKX0 DER&seller=A21S3DM9KVDKQ7 |
| 178 | Jun Jun Shop | A224B7QDQMW WF6 | https://www.amazon.com/sp?_encoding= UTF8&marketplaceID=ATVPDKIKX0 DER&seller=A224B7QDQMWWF6 |
| 179 | Faola Lighting | A241KFXPU6K0 7S | https://www.amazon.com/sp?_encoding= UTF8&marketplaceID=ATVPDKIKX0 DER&seller=A241KFXPU6K07S |
| 180 | Eirsiv | A247258VI0D4A K | https://www.amazon.com/sp?_encoding= UTF8&marketplaceID=ATVPDKIKX0 DER&seller=A247258VI0D4AK |
| 181 | SFZHCHY | A24BI6VXMA7X QV | https://www.amazon.com/sp?_encoding= UTF8&marketplaceID=ATVPDKIKX0 DER&seller=A24BI6VXMA7XQV |
| 182 | Bepuzz Lighting | A255HUIR3ZQQ BF | https://www.amazon.com/sp?_encoding= UTF8&marketplaceID=ATVPDKIKX0 DER&seller=A255HUIR3ZQQBF |
| 183 | WINDIY | A27L6X5RY7HK 4T | https://www.amazon.com/sp?_encoding= UTF8&marketplaceID=ATVPDKIKX0 DER&seller=A27L6X5RY7HK4T |
| 184 | YUABUD | A27LQRBL0004 MG | https://www.amazon.com/sp?_encoding= UTF8&marketplaceID=ATVPDKIKX0 DER&seller=A27LQRBL0004MG |
| 185 | 娟成庆日用百货 | A2DGS18AEKO PZN | https://www.amazon.com/sp?_encoding= UTF8&marketplaceID=ATVPDKIKX0 DER&seller=A2DGS18AEKOPZN |
| 186 | SHIXIANGNG | A2G7TWNE0N99 WU | https://www.amazon.com/sp?_encoding= UTF8&marketplaceID=ATVPDKIKX0 DER&seller=A2G7TWNE0N99WU |

6

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 187 | Xin Yue Rong | A2GL5V960KR6T3 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2GL5V960KR6T3 |
| 188 | DAJIETOU | A2K75MSXJ02LND | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2K75MSXJ02LND |
| 189 | Diamond Home USA 💎 | A2KTDJV6EUITJE | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2KTDJV6EUITJE |
| 190 | Samzim Direct | A2L7L5R0WV6ORR | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2L7L5R0WV6ORR |
| 191 | JIUMUGN | A2LPB05VOZG8VQ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2LPB05VOZG8VQ |
| 192 | liushaoUS | A2M7ZFTE69TWXY | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2M7ZFTE69TWXY |
| 193 | wanbaiyibaihuodian | A2N69MD0GR04NQ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2N69MD0GR04NQ |
| 194 | H-KTHFP | A2P2VMA6AE0JDW | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2P2VMA6AE0JDW |
| 195 | ggying | A2S30CI9N5MKI5 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2S30CI9N5MKI5 |
| 196 | Macerhomedecor | A2SEA3HNCQYNJ9 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2SEA3HNCQYNJ9 |
| 197 | LHFH-SHOP | A2WWICKV8XT049 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2WWICKV8XT049 |
| 198 | MATECH MALL | A2YM8VC25QU27V | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2YM8VC25QU27V |
| 199 | Yang Nan BM | A2ZOJJA1FLAMMU | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2ZOJJA1FLAMMU |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---------|---------------|-------------|--------------|
| 200 | manggaowangluo | A30438R7NZ9QJN | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A30438R7NZ9QJN |
| 201 | Crazy Gifts | A30DO7DT813RCR | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A30DO7DT813RCR |
| 202 | Galaxy Co., Ltd | A318OZ3KWDZKGJ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A318OZ3KWDZKGJ |
| 203 | LUOMEIYA department store | A35L1S965P3DK8 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A35L1S965P3DK8 |
| 204 | FANG TRADE MARKET | A37UQVLRX98SAH | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A37UQVLRX98SAH |
| 205 | YXMSM | A39IPKXJ5C8DWU | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A39IPKXJ5C8DWU |
| 206 | Bluemeow-US | A3CZ18P3VDECH7 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3CZ18P3VDECH7 |
| 207 | PBMD Enterprise | A3DVQILPV8UXKH | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3DVQILPV8UXKH |
| 208 | Home improvement choice | A3EQGXJCN8IJ5G | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3EQGXJCN8IJ5G |
| 209 | ZXZHSMD | A3GKFZT2F9OKWN | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3GKFZT2F9OKWN |
| 210 | hlrqplrybhsd | A3I6PAX71PMJPI | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3I6PAX71PMJPI |
| 211 | QINGBO0909 | A3MVU9K6QYDKV7 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3MVU9K6QYDKV7 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 212 | Jessev C | A3R2CN8IZ0RULC | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3R2CN8IZ0RULC |
| 213 | haerbinshiachengquzhaoyueertongwanjushangdian | A3TX51GSD30LQU | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3TX51GSD30LQU |
| 214 | taiyuanshiyingzequgeaogaobaihuodian | A3V2KYHWNALML4 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3V2KYHWNALML4 |
| 215 | GFURN DESIGN FURNITURE | A3W06G665MGISZ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3W06G665MGISZ |
| 216 | LiWeiGS | A72G1ZS78OJ5R | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A72G1ZS78OJ5R |
| 217 | zhgangrius | A9870Z9JDI3V9 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A9870Z9JDI3V9 |
| 218 | Cailue Company Limited | ABB6W2Z5KIJED | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ABB6W2Z5KIJED |
| 219 | WEIXUNMY SHOP | AGO7YD6K7TB0Q | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AGO7YD6K7TB0Q |
| 220 | Boutique department | AGPGZFW9SGDT1 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AGPGZFW9SGDT1 |
| 221 | Flyrose Lighting | AL5RUS20EY0RJ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AL5RUS20EY0RJ |
| 222 | haozhangfei | AN9ZRYV4JMNEC | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AN9ZRYV4JMNEC |
| 223 | JIANGYUANKNA | ANFTPLAAILHSU | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ANFTPLAAILHSU |
| 224 | Woodo | ANGBMFPJX2R0E | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ANGBMFPJX2R0E |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 225 | Taosong Trade | AOBV46VTNSXM3 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AOBV46VTNSXM3 |
| 226 | Nasha Home | ASRNJRKBNCL6X | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ASRNJRKBNCL6X |
| 227 | ZHANGTIANTIAN | AWZPNW4QVK12 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AWZPNW4QVK12 |
| 228 | volvo-dh2010 Store | 14500082 | https://www.dhgate.com/store/14500082 |
| 229 | rwgrowlight Store | 19840265 | https://www.dhgate.com/store/19840265 |
| 230 | led light Store | 20000803 | https://www.dhgate.com/store/20000803 |
| 231 | selectedlighting Store | 20168467 | https://www.dhgate.com/store/20168467 |
| 232 | Zidoneled Store | 20305017 | https://www.dhgate.com/store/20305017 |
| 233 | HomeLover Lighting Store | 20461448 | https://www.dhgate.com/store/20461448 |
| 234 | ghgate_lighting Store | 20899079 | https://www.dhgate.com/store/20899079 |
| 235 | cindan Store | 21122525 | https://www.dhgate.com/store/21122525 |
| 236 | cindyyan713 Store | 21155759 | https://www.dhgate.com/store/21155759 |
| 237 | sunnyfireman Store | 21560839 | https://www.dhgate.com/store/21560839 |
| 238 | lvlingfang_1882020 Store | 21603987 | https://www.dhgate.com/store/21603987 |
| 239 | anywong Store | 21635526 | https://www.dhgate.com/store/21635526 |
| 240 | ouyanxi Store | 21635529 | https://www.dhgate.com/store/21635529 |
| 241 | zhenbanqao Store | 21635531 | https://www.dhgate.com/store/21635531 |
| 242 | wuchashuo Store | 21635533 | https://www.dhgate.com/store/21635533 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 243 | kylewiltjer Store | 21635534 | https://www.dhgate.com/store/21635534 |
| 244 | liangqic Store | 21635535 | https://www.dhgate.com/store/21635535 |
| 245 | shencongw Store | 21635539 | https://www.dhgate.com/store/21635539 |
| 246 | pusongli Store | 21635542 | https://www.dhgate.com/store/21635542 |
| 247 | nalanxinde Store | 21635546 | https://www.dhgate.com/store/21635546 |
| 248 | lutherhead Store | 21635581 | https://www.dhgate.com/store/21635581 |
| 249 | keithbogans Store | 21635583 | https://www.dhgate.com/store/21635583 |
| 250 | directlyoperatedstor Store | 21705310 | https://www.dhgate.com/store/21705310 |
| 251 | mang10 Store | 21751936 | https://www.dhgate.com/store/21751936 |
| 252 | fadacai08 Store | 21759036 | https://www.dhgate.com/store/21759036 |
| 253 | billioncig Store | 21785581 | https://www.dhgate.com/store/21785581 |
| 254 | gioo Store | 21800515 | https://www.dhgate.com/store/21800515 |
| 255 | guad Store | 21800560 | https://www.dhgate.com/store/21800560 |
| 256 | lyix Store | 21800643 | https://www.dhgate.com/store/21800643 |
| 257 | tpxt Store | 21800815 | https://www.dhgate.com/store/21800815 |
| 258 | hvzm Store | 21800866 | https://www.dhgate.com/store/21800866 |
| 259 | psqc Store | 21800953 | https://www.dhgate.com/store/21800953 |
| 260 | mvjy Store | 21800954 | https://www.dhgate.com/store/21800954 |
| 261 | rja2 Store | 21800955 | https://www.dhgate.com/store/21800955 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---------|---------------|-------------|--------------|
| 262 | pgmp Store | 21800964 | https://www.dhgate.com/store/21800964 |
| 263 | nfn3 Store | 21800966 | https://www.dhgate.com/store/21800966 |
| 264 | pcpu Store | 21800972 | https://www.dhgate.com/store/21800972 |
| 265 | ovgq Store | 21800977 | https://www.dhgate.com/store/21800977 |
| 266 | mqbr Store | 21800980 | https://www.dhgate.com/store/21800980 |
| 267 | nsc7 Store | 21801001 | https://www.dhgate.com/store/21801001 |
| 268 | jurv Store | 21801013 | https://www.dhgate.com/store/21801013 |
| 269 | mg1d Store | 21801014 | https://www.dhgate.com/store/21801014 |
| 270 | dutifullity Store | 21810721 | https://www.dhgate.com/store/21810721 |
| 271 | hanleygwen Store | 21810722 | https://www.dhgate.com/store/21810722 |
| 272 | jit2 Store | 21817800 | https://www.dhgate.com/store/21817800 |
| 273 | seb2 Store | 21818487 | https://www.dhgate.com/store/21818487 |
| 274 | pjpx Store | 21818559 | https://www.dhgate.com/store/21818559 |
| 275 | a2sf Store | 21818669 | https://www.dhgate.com/store/21818669 |
| 276 | bbuw Store | 21818746 | https://www.dhgate.com/store/21818746 |
| 277 | xnim Store | 21818750 | https://www.dhgate.com/store/21818750 |
| 278 | bkoj Store | 21818751 | https://www.dhgate.com/store/21818751 |
| 279 | pddo Store | 21819177 | https://www.dhgate.com/store/21819177 |
| 280 | vi3q Store | 21819282 | https://www.dhgate.com/store/21819282 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 281 | flt0 Store | 21819355 | https://www.dhgate.com/store/21819355 |
| 282 | fkc2 Store | 21819358 | https://www.dhgate.com/store/21819358 |
| 283 | us_connecticut Store | 21829571 | https://www.dhgate.com/store/21829571 |
| 284 | 12wanglina | 12wanglina | https://www.ebay.it/usr/12wanglina, https://www.ebay.com/usr/12wanglina |
| 285 | altheremma | altheremma | https://www.ebay.com/usr/altheremma |
| 286 | alujingheart | alujingheart | https://www.ebay.com/usr/alujingheart |
| 287 | ausdefu2019 | ausdefu2019 | https://www.ebay.com/usr/ausdefu2019 |
| 288 | billysuncn | billysuncn | https://www.ebay.com/usr/billysuncn |
| 289 | dachun13013 | dachun13013 | https://www.ebay.com/usr/dachun13013 |
| 290 | happyeachday | happyeachday | https://www.ebay.com/usr/happyeachday |
| 291 | happyeshop2010 | happyeshop2010 | https://www.ebay.com/usr/happyeshop2010 |
| 292 | ksbestdeal-shopping | ksbestdeal-shopping | https://www.ebay.com/usr/ksbestdeal-shopping |
| 293 | maxtraderdeals999 | maxtraderdeals999 | https://www.ebay.com/usr/maxtraderdeals999 |
| 294 | neighbor_lighting | neighbor_lighting | https://www.ebay.com/usr/neighbor_lighting, https://www.ebay.ca/usr/neighbor_lighting |
| 295 | neighbor-2014 | neighbor-2014 | https://www.ebay.com/usr/neighbor-2014 |
| 296 | neighbor2014 | neighbor2014 | https://www.ebay.com/usr/neighbor2014 |
| 297 | neighbor2o14 | neighbor2o14 | https://www.ebay.com/usr/neighbor2o14, https://www.ebay.ie/usr/neighbor2o14 |
| 298 | novembery11 | novembery11 | https://www.ebay.com/usr/novembery11 |
| 299 | pengshi201010 | pengshi201010 | https://www.ebay.com/usr/pengshi201010 |
| 300 | proffitrader999 | proffitrader999 | https://www.ebay.com/usr/proffitrader999 |

13

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 301 | provideautoparts | provideautoparts | https://www.ebay.com/usr/provideautoparts |
| 302 | renweil-17 | renweil-17 | https://www.ebay.com/usr/renweil-17 |
| 303 | rotarytattoo | rotarytattoo | https://www.ebay.com/usr/rotarytattoo |
| 304 | shenzhenwupeng-3 | shenzhenwupeng-3 | https://www.ebay.com/usr/shenzhenwupeng-3 |
| 305 | toyshop201515 | toyshop201515 | https://www.ebay.com/usr/toyshop201515 |
| 306 | unitewillget | unitewillget | https://www.ebay.com/usr/unitewillget |
| 307 | universaltopdeal | universaltopdeal | https://www.ebay.com/usr/universaltopdeal |
| 308 | wangmeiling45 | wangmeiling45 | https://www.ebay.com/usr/wangmeiling45 |
| 309 | wupengyinew | wupengyinew | https://www.ebay.com/usr/wupengyinew |
| 310 | yiyibushe-1 | yiyibushe-1 | https://www.ebay.com/usr/yiyibushe-1 |
| 311 | yiyibushe-5 | yiyibushe-5 | https://www.ebay.com/usr/yiyibushe-5 |
| 312 | zhaode_81 | zhaode_81 | https://www.ebay.com/usr/zhaode_81 |
| 313 | zhuliyun-3 | zhuliyun-3 | https://www.ebay.com/usr/zhuliyun-3 |
| 314 | zzkko | zzkko | https://www.ebay.com/usr/zzkko |
| 315 | babodecor | babodecor | https://www.babodecor.com/ |
| 316 | bulbsquare | bulbsquare | www.bulbsquare.com |
| | | | |
| 318 | homage | homage | https://homage.co.nz/ |
| | | | |
| 320 | jasboutique | jasboutique | https://www.jasboutique.co.uk/ |
| 321 | kikilighting | kikilighting | www.kikilighting.com |
| 322 | labpiecesign | labpiecesign | https://www.labpiecesign.com/ |
| | | | |
| 324 | lightingstudioberkeley | lightingstudioberkeley | https://www.lightingstudioberkeley.com/ |
| 325 | mojlife | mojlife | www.mojlife.de |
| 326 | replica-lights | replica-lights | www.replica-lights.com |
| 327 | simiglighting | shop.simiglighting.com | https://shop.simiglighting.com/ |
| 328 | simiglighting.eu | simiglighting.eu | https://www.simiglighting.eu/ |
| 329 | udesignhome | udesignhome | https://www.udesignhome.com/ |
| 330 | vakkerlight | vakkerlight | https://vakkerlight.com/ |

14

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 331 | dlsslighting | www.dlsslighting.com | www.dlsslighting.com |
| 332 | fuleague | www.fuleague.com | www.fuleague.com |
| 333 | homelights | www.homelights.nl | www.homelights.nl |
| 334 | satulight | www.satulight.com | https://www.satulight.com/ |
| 335 | simig.ae | www.simig.ae | https://www.simig.ae/en/ |
| 336 | simiglighting.co.kr | www.simiglighting.co.kr | https://www.simiglighting.co.kr/ |
| 337 | simiglighting.fr | www.simiglighting.fr | www.simiglighting.fr |
| 338 | simiglighting.jp | www.simiglighting.jp | https://www.simiglighting.jp/ |
| ███ | | | |
| 340 | mokupark | mokupark | https://mokupark.com/ |
| 341 | LOHAS Lighting | 101071043 | https://www.walmart.com/reviews/seller/101071043 |
| 342 | Senderpick | 101082135 | https://www.walmart.com/reviews/seller/101082135 |
| 343 | Briignite | 101122334 | https://www.walmart.com/reviews/seller/101122334 |
| 344 | tai yuan mi xue han shang mao you xian Co. ltd | 101277303 | https://www.walmart.com/reviews/seller/101277303 |
| 345 | xiangyu Co., LTD | 101282291 | https://www.walmart.com/reviews/seller/101282291 |
| 346 | Tai yuan chao rong li Electronic Commerce Co., Ltd. | 101296848 | https://www.walmart.com/reviews/seller/101296848 |
| 347 | Galeriasnack | 5e8cf69c0a83cb3a790005d6 | https://www.wish.com/merchant/5e8cf69c0a83cb3a790005d6 |
| 348 | Chengdu Dingyusi Network Technology Co., LTD | Seller1-16214 | https://www.walmart.com/reviews/seller/Seller1-16214 |

15

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 349 | Chengdu Kanten Technology Co., LTD | Seller2-16214 | https://www.walmart.com/reviews/seller/Seller2-16214 |
| 350 | Chengdu Kanten Technology Co., LTD | Seller1-18988 | https://www.walmart.com/reviews/seller/Seller1-18988 |