UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

PP, LLC
                         Plaintiff,

v.                                                       Case No.: 1:23−cv−14403

                                                        Honorable Mary M. Rowland

The Partnerships and Unincorporated Associations
Identified in Schedule A
                         Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 2, 2023:

      MINUTE entry before the Honorable Mary M. Rowland: In person status hearing held. Plaintiff was present. Plaintiff reported on the status of this case and the appropriateness of joinder of all the defendants (more than 1,000) named in this case. For the reasons stated on the record, Plaintiff's motion for leave to file under seal [4, 7] and Plaintiff's motion for leave to file excess pages [9] are granted. Plaintiff's ex parte motion for entry of a temporary restraining order, including a temporary injunction, a temporary asset restraint, and expedited discovery [10] is granted however the court requires $1,000 bond per defendant. Plaintiff shall submit a new proposed TRO reflecting the new bond conditions to the proposed order box for entry. Plaintiff has assured the court that the number of actual defendants will decrease to a dozen or so. Plaintiff is to file a status report by 11/20/23. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.