FILED
12/7/2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

EW

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PIZZA PACK, LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A", <br><br> Defendants. | Case No. 23-cv-14403 <br><br> Judge Mary M. Rowland <br> Magistrate Judge Maria Valdez |

### DEFENDANT'S MOTION TO DISMISS

Defendant Ningbo Vech E-BUSINESS Co., Ltd. ("**Defendant**"), identified as "VECH" in the Amended Schedule A to the Amended Complaint, hereby respectfully requests the Court to dismiss the above-captioned case against the Defendant. Fed. R. Civ. P. 4(f); Fed. R. Civ. P. 12(b)(4); Fed. R. Civ. P. 12(b)(5); T.I.A.S. No. 6638, 20 U.S.T. 361. A Memorandum of Law in Support is filed concurrently.

Dated: December 8, 2023

Respectfully submitted,

/s/ Aina Zhang

Aina Zhang
Yipu Huang
Ningbo Vech E-BUSINESS Co., Ltd.
Unit 2007, Bldg 11, Financial Silicon Valley
30 Anbo Road, Yinzhou District, Ningbo City
Zhejiang Province, China 315042
+86 159 1218 1025
edmundyipuh@gmail.com