IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS-EASTERN DIVISION

| | |
|---|---|
| PP, LLC,<br><br>              Plaintiff,<br><br>      v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A,"<br><br>              Defendants. | Case No. 23-cv-14403<br><br>Judge Mary M. Rowland<br>Magistrate Judge Maria Valdez |

**PLAINTIFF'S NOTICE OF DISMISSAL
OF CERTAIN DEFENDANTS**

Plaintiff PP, LLC pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action against the following defendants:

| Merchant Name | Defendant/Doe No. |
|---|---|
| HiFan Shop | #289 |
| VORDERRY | #297 |
| JDHMY Direct | #331 |
| Blueocean Furniture | #428 |
| Bocoo | #447 |
| ZODDLE | #529 |
| shenzhenbaolunshidaikejiyouxiangongsi | #550 |
| ANTYA | #552 |
| JY BRO HOME & LIVING | #817 |
| Colored life | #890 |
| Global Select Goods | #904 |
| SLURERBE | #905 |
| HuiFengYuan | #906 |
| Convenient Home One | #908 |
| ORFELD Direct | #919 |
| ASOTONY LTD | #920 |
| Kusmil | #921 |
| SVYHUOK | #922 |

| | |
|---|---|
| VEGCOO Co.ltd | #930 |

("Settling Defendants"), with prejudice. Plaintiff is dismissing Settling Defendants because it has reached a full settlement with them, the terms of which have been satisfied.

Settling Defendants have filed neither an answer to the complaint nor a motion for summary judgment as to these claims. Dismissal under Rule 41(a)(1) is therefore appropriate.

DATED: December 21, 2023

Respectfully submitted,

PP, LLC

By: /s/ James E. Judge

Zareefa B. Flener (IL Bar No. 6281397)
James E. Judge (IL Bar No. 6243206)
Flener IP Law, LLC
77 W. Washington St., Suite 800
Chicago IL 60602
jjudge@fleneriplaw.com
(312) 724-8874