**FILED**
JAN 08 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

PP, LLC
Plaintiff

v.

Defendant
The Partnerships & Unincorporated Associations Identified in Schedule A

Case Number: 23-CV-14403

Judge: Mary M. Rowland

Magistrate Judge: Maria Valdez

## Motion to Remove T.R.O & Lift bank account holdings

This T.R.O has expired 10 days after Nov. 14, 2023. I am asking judge to lift the T.R.O. from my name to release holdings from bank accounts. I have proved to the other party that I have not infringed on their property. And has never made any money from their brand. Please grant acceptance to this motion to lift expired T.R.O from Brandon D Moore.

Brandon Moore
[signature]
1-8-24