[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

FILED
JAN 08 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

P.P, LLC
Plaintiff

v.
The Partnerships & Unincorporated Associations Identified In Schedule A
Defendant

Case Number: 23-CV-14403

Judge: Mary M. Rowland

Magistrate Judge: Maria Valdez

## Amended Answer To Complaint

I've contacted the company "Pizza Pack" and their Lawyer "Flener IP Law LLC" I have proved to them that I have not infringed on or sold any of their property but they seem to be trying to get cash out of me by asking me to pay $5,000 to lift the T.R.O. that has a freeze on my bank account. This T.R.O. has expired 10 days after Nov. 14, 2023. I have provided this law firm with proof that over the past 2 years this online store that they are suing me over has made zero sales, I've provided them with my customers channel, sales channel, and analytics channel. All of which are zero but this company is still demanding $5,000 to remove the T.R.O. from my account. I do not have $5,000 to give them and I haven't done anything to infringe on their property that would require me to pay them such a substantial amount.

Brandon Moore

1-8-24

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]