# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
## Eastern Division

PP, LLC, et al.

Plaintiff,

v.

Case No.: 1:23−cv−14403

Honorable Mary M. Rowland

The Partnerships and Unincorporated Associations Identified in Schedule A, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 19, 2024:

MINUTE entry before the Honorable Mary M. Rowland: Telephonic motion hearing held. Plaintiff and pro se individual Brandon Moore appeared on behalf of Escofactory telephonically. Mr. Moore reminded that he cannot appear on behalf of a corporate entity and Escofactory must appear though counsel. A settlement offer was made to plaintiff. Plaintiff's counsel requests additional time to consult with his client. Plaintiff is to include the status of settlement as to Escofactory in its status report due on 2/9/24. Motion related to Escofactory [63, 66, 68] are taken under advisement. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.