# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PIZZA PACK, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A",<br><br>    Defendants. | Case No. 23-cv-14403<br><br>Judge Mary M. Rowland<br><br>Magistrate Judge Maria Valdez |

## RELEASE AND SATISFACTION OF JUDGMENT

Plaintiff Pizza Pack, LLC, hereby releases Defendant Yangjiang Feeton Home Products Co., Ltd. (53) pursuant to Local Rule 58.1(1)(C) and requests entry of an order under Fed. R. Civ. P. 60(b)(1) dismissing the named Defendant from this matter.

| | |
|---|---|
| Dated: April 19, 2024 | Respectfully submitted,<br><br>/s/ James E. Judge<br><br>Zareefa B. Flener (IL Bar No. 6281397)<br>James E. Judge (IL Bar No. 6243206)<br>Flener IP Law, LLC<br>77 W. Washington St., Ste. 800<br>Chicago, IL 60602<br>(312) 724-8874<br>jjudge@fleneriplaw.com |