IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PIZZA PACK, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A,"<br><br>        Defendants. | Case No. 23-cv-14403<br><br>Judge Mary M. Rowland<br>Magistrate Judge Maria Valdez |

**ORDER RELEASING SURETY BOND**

Plaintiff posted a surety bond in the amount of $1,012,000.00 on November 7, 2024, at the inception of the above-described litigation. ECF No. 20. The case was closed on May 13, 2024. ECF No. 122. It is therefore Ordered that the surety bond be released to Plaintiff Pizza Pack, LLC, through its attorney of record.

E N T E R:

Dated: December 11, 2024

_Mary M Rowland_
MARY M. ROWLAND
United States District Judge

1